In the Matter of CORA M. McKITTERICK, an Incompetent Person. MARY V. A. LEAVITT, Appellant; HERMAN E. RIDDELL, as Committee of the Person of CORA M. McKITTERICK, et al., Respondents.—

Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.